# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN SMITH, | ) | 1:09-cv-36 GSA |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING ACTION TO |
| | ) | SACRAMENTO DIVISION |
| v. | ) | |
| | ) | |
| KEN KRAMER, VALLEJO PAROLE DEPT., JOSH BLAIR and GUY SANDLER, | ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceedings pro se, has filed a civil rights action pursuant to Title 42 United States Code Section 1983.  In his complaint, Plaintiff alleges violations of his civil rights by Defendants.  The alleged violations took place in Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.  *See* Local Rule 3-120(d).

Title 28 of the United States Code Section 1391(b) provides

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

The court is transferring this action to the Sacramento Division of the Eastern District of California pursuant to Title 28 United States Code Section 1404(a) in the interests of justice for the following reasons.

Plaintiff has named Defendants Ken Kramer, Vallejo Parole, Josh Blair and Guy Sandler, all of whom reside in Solano County.  *See* 28 U.S.C. § 1391(b)(1).  Thus, no defendants reside in a county in this division.

The actions giving rise to Plaintiff's complaint all arose in Solano County.  *See* 28 U.S.C. § 1391(b)(2).  More particularly, the search of Plaintiff and Plaintiff's parents' home occurred in Benecia, California, on July 18, 2007.  Moreover, the subsequent and related criminal prosecution occurred in Solano County Superior Court, case number VCR173929.

Venue would be improper in the Fresno division because only Plaintiff is a resident within this division.

Good cause appearing, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **February 10, 2009**                              /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE